JUL 07 2008

July 1. 2008

Dear,

    Mrs. Fielicia C. Cannon, (Clerk)

    I Carl Brown is asking about the new Crack law that Came Into Law on March 3, 2008. yes I'm A Case that Is Crack Now I haven't heard anything about ME giving some time back Nor did I hear Anything back from My Lawyer that I wrote to. I heard that Its A list that the government Is going By? So I'm asking you Can you help me or point me In the Right direction My Case Number Is–MJG-97-0441–MRS Cannon I don't have A Lawyer Now working with ME and My friend thats from Baltimore said write to you (THE Clerk of United States District Court) So please help me out. Thank you!

                                      Carl L. Brown #32259-037
                                      P.O. Box 7000
                                      Florence, Co 81226
                                      United State penitentiary