## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA                    *

    v.                                               Criminal No.  MJG-97-0441

CARL LEE BROWN                              *
# 32259-037

                              *

\* \* \* \* \* \* \*

## ORDER

Pending is a paper filed by Carl Lee Brown, proceeding pro se, requesting a reduction of sentence based on the retroactive application of Amendment No. 706 to the United States Sentencing Guidelines related to cocaine base ("crack") offenses. The paper shall be construed as a Motion for Reduction of Sentence pursuant to 18 U.S.C. §3582(c). Upon review of the paper, it is this _14th_ day of _Jul_ , 2008, hereby ordered by the United States District Court for the District of Maryland that:

1.    The paper IS CONSTRUED as a motion pursuant to 18 U.S.C. §3582(c);

2.    The Clerk SHALL PROVIDE a copy of this order and the 18 U.S.C. §3582© motion to the Federal Public Defender for the District of Maryland, the United States Attorney for the District of Maryland, and the United States Probation Office;

3.    The Federal Public Defender for the District of Maryland is appointed to PRELIMINARILY REVIEW the motion and PROVIDE a status report within thirty days; and

4.    The Clerk SHALL SEND a copy of this order to the Defendant.

_____
Marvin J. Garbis
United States District Judge

