**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**

SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND 20770
TEL: (301) 344-0600
FAX: (301) 344-0019

| | |
|---|---|
| JAMES WYDA<br>FEDERAL PUBLIC DEFENDER | PARESH S. PATEL<br>STAFF ATTORNEY |

**Via Electronic Filing**

August 14, 2008

**Crack Reduction – Status Report**
　　　　**Motion for Appointment of Counsel**

The Honorable Marvin J. Garbis
United States District Judge
United States District Court
 for the District of Maryland
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

　　　　Re:　　*United States v. Carl Brown*, Case No. MJG-97-0441

Dear Judge Garbis:

　　　Please accept and docket this letter as 1) a status report relating to Mr. Brown's pending *pro se* motion for a reduced sentence under 18 U.S.C. § 3582(c) and Amendment 706 to the United States Sentencing Guidelines, and 2) a motion for appointment of counsel. The U.S. Probation Office has not yet issued a report in Mr. Brown's case. Accordingly, undersigned counsel requests an additional 60 days to prepare a status report. This should not prejudice Mr. Brown because his current release date is December 16, 2013. Counsel also requests that this Court appoint the Office of the Federal Public Defender to represent Mr. Brown in this matter. Enclosed is proposed Order.

　　　Thank you for your consideration of this matter.

　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　Paresh S. Patel
　　　　　　　　　　　　　　　　　　　Staff Attorney

cc:　　Estelle Santana, USPO
　　　Barbara Sale, AUSA
　　　Carl Lee Brown, #32259-037